# EXHIBIT A

# To Notice of Removal

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHERYL NELSON BUTLER**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**JENNIFER P. COLLINS, STEVEN C. CURRALL, ROY P. ANDERSON, ANTHONY COLANGELO, MARY SPECTOR, JULIA P. FORRESTER, LINDA EADS, C. PAUL ROGERS, ELIZABETH G. THORNBURG, JESSICA DIXON WEAVER, GEORGE A. MARTINEZ, NDIVA KOFELE-KALE, JOHN LOWE, SAMANTHA THOMAS, RHONDA ICE ADAMS, CAROLYN HERNANDEZ, HAROLD STANLEY, PAUL WARD, GERALD TURNER, AND SOUTHERN METHODIST UNIVERSITY**<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO. 3:18-CV-37** |

**INDEX OF DOCUMENTS FILED IN STATE COURT ACTION**

Defendants Southern Methodist University, Roy P. Anderson, Jennifer P. Collins, Steven C. Currall, and Paul Ward, (collectively the "Defendants")[1] file the following Index of Documents Filed in *Cheryl Nelson Butler v. Roy P. Anderson, et al.*, Cause No. DC-17-10420 ("State Court Action") pursuant to Northern District of Texas Local Rule 81 as Exhibit A to Defendants' Notice of Removal:

[1] As discussed in the Notice of Removal, these are the only named defendants that have been served in the state court action.

| Exhibit | Date filed | Description |
|---|---|---|
| Exhibit A-1 | 08/20/2017 | State Court Civil Cover Sheet |
| Exhibit A-2 | 08/20/2017 | Cheryl Butler Original Petition |
| Exhibit A-3 | 08/20/2017 | Jury Demand |
| Exhibit A4 | 08/23/2017 | Citation issued to Julie P. Forrester |
| Exhibit A-5 | 08/23/2017 | Citation issued to Roy R. Anderson |
| Exhibit A-6 | 08/23/2017 | Citation issued to Jennifer M. Collins |
| Exhibit A-7 | 08/23/2017 | Citation issued to Anthony Colangelo |
| Exhibit A-8 | 08/23/2017 | Citation issued to Steven C. Currall |
| Exhibit A-9 | 08/23/2017 | Citation issued to C. Paul Rogers |
| Exhibit A-10 | 08/23/2017 | Citation issued to Harold Stanley |
| Exhibit A-11 | 08/23/2017 | Citation issued to Elizabeth G. Thornburg |
| Exhibit A-12 | 08/23/2017 | Citation issued to Gerald Turner |
| Exhibit A-13 | 08/23/2017 | Citation issued to Paul J. Ward |
| Exhibit A-14 | 08/23/2017 | Citation issued to Southern Methodist University |
| Exhibit A-15 | 10/02/2017 | Notice of Initial Dismissal Hearing |
| Exhibit A-16 | 12/07/2017 | Notice of Status Conference (File copy) |
| Exhibit A-17 | 12/07/2017 | Notice of Status Conference to Paul J. Ward |
| Exhibit A-18 | 12/07/2017 | Notice of Status Conference to Gerald Turner |
| Exhibit A-19 | 12/07/2017 | Notice of Status Conference to Southern Methodist University |
| Exhibit A-20 | 12/07/2017 | Notice of Status Conference to Elizabeth G. Thornburg |
| Exhibit A-21 | 12/07/2017 | Notice of Status Conference to C. Paul Rogers |
| Exhibit A-22 | 12/07/2017 | Notice of Status Conference to Harold W. Stanley |
| Exhibit A-23 | 12/07/2017 | Notice of Status Conference to Julie P. Forrester |

| | | |
|---|---|---|
| Exhibit A-24 | 12/07/2017 | Notice of Status Conference to Steven C. Currall |
| Exhibit A-25 | 12/07/2017 | Notice of Status Conference to Jennifer M. Collins |
| Exhibit A-26 | 12/07/2017 | Notice of Status Conference to Anthony Colangelo |
| Exhibit A-27 | 12/07/2017 | Notice of Status Conference to Roy R. Anderson |
| Exhibit A-28 | 12/07/2017 | Notice of Status Conference to Alfonso Kennard, Jr. |
| Exhibit A-29 | 12/07/2017 | Affidavit of Service on Gerald Turner |
| Exhibit A-30 | 12/07/2017 | Affidavit of Service on Jennifer Collins |
| Exhibit A-31 | 12/07/2017 | Affidavit of Service on Roy Anderson |
| Exhibit A-32 | 12/07/2017 | Affidavit of Service on Steven Currall |
| Exhibit A-33 | 12/11/2017 | Affidavit of Service on Paul J. Ward |
| Exhibit A-34 | 12/11/2017 | Affidavit of Service on Southern Methodist University |
| Exhibit A-35 | 12/11/2017 | Plaintiff First Amended Complaint |
| Exhibit A-36 | 12/14/2017 | Citation issued to Jennifer M. Collins |
| Exhibit A-37 | 12/14/2017 | Citation issued to Steven C. Currall |
| Exhibit A-38 | 12/14/2017 | Citation issued to Roy R. Anderson |
| Exhibit A-39 | 12/14/2017 | Citation issued to Anthony Colangelo |
| Exhibit A-40 | 12/14/2017 | Citation issued to Mary Spector |
| Exhibit A-41 | 12/14/2017 | Citation issued to Julie P. Forrester |
| Exhibit A-42 | 12/14/2017 | Citation issued to Linda S. Eads |
| Exhibit A-43 | 12/14/2017 | Citation issued to C. Paul Rogers |
| Exhibit A-44 | 12/14/2017 | Citation issued to Elizabeth G. Thornburg |
| Exhibit A-45 | 12/14/2017 | Citation issued to Jessica Dixon Weaver |
| Exhibit A-46 | 12/14/2017 | Citation issued to George A. Martinez |
| Exhibit A-47 | 12/14/2017 | Citation issued to Ndiva Kofele-Kale |

| | | |
|---|---|---|
| Exhibit A-48 | 12/14/2017 | Citation issued to John Lowe |
| Exhibit A-49 | 12/14/2017 | Citation issued to Samantha Thomas |
| Exhibit A-50 | 12/14/2017 | Citation issued to Rhonda Ice Adams |
| Exhibit A-51 | 12/14/2017 | Citation issued to Carolyn Hernandez |
| Exhibit A-52 | 12/14/2017 | Citation issued to Harold W. Stanley |
| Exhibit A-53 | 12/14/2017 | Citation issued to Paul J. Ward |
| Exhibit A-54 | 12/14/2017 | Citation issued to R. Gerald Turner |
| Exhibit A-55 | 12/14/2017 | Citation issued to Southern Methodist University |
| Exhibit A-56 | 01/02/2018 | Defendants' Plea to the Jurisdiction |
| Exhibit A-57 | 01/02/2018 | Defendants' Motion Challenging Timeliness of Plaintiff's Retraction Requests |
| Exhibit A-58 | 01/02/2018 | Defendants' Special Exceptions to Plaintiff's Original Petition |
| Exhibit A-59 | 01/02/2018 | Defendants' Original Answer to Plaintiff's Original Petition |
| Exhibit A-60 | 01/03/2018 | Standing Scheduling Order |
| Exhibit A-61 | 01/03/2018 | Standing Order in Limine |
| Exhibit A-62 | 01/03/2018 | Mediation Order |
| Exhibit A-63 | 01/05/2018 | Gerald L. Turner's Original Answer and Verified Denial |