# EXHIBIT C

kennard
ATTORNEYS AT LAW

ALFONSO KENNARD, JR.
MANAGING SHAREHOLDER
DIRECT: 713.742.0906
ALFONSO.KENNARD@KENNARDLAW.COM

Super Lawyers
BOARD CERTIFIED
Texas Board of Legal Specialization
LABOR AND EMPLOYMENT LAW
AV PREEMINENT

July 19, 2017

***Via Email to kim.askew@klgates.com***
***Via Certified Mail:7016 1370 0001 5555 5694***
Kim J. Askew
K&L Gates
1717 Main Street, Suite 2800
Dallas, TX 75201

**Re: Request for Retraction of Defamatory Statements Made About Cheryl Nelson Butler Before, During and After the Tenure Process at SMU**

Dear Ms. Askew:

As you know, this Firm has been retained to pursue Cheryl Butler's claims against Southern Methodist University ("SMU"), including but not limited to her claims of defamation per se. Ms. Butler, a Harvard graduate, decorated and nationally known junior scholar on multiple social issues, and dedicated professor, has diligently worked to maintain good standing with the bar and upstanding moral character. The conduct of SMU, specifically Jennifer Collins, Steven C. Currall, Roy R. Anderson, Julie P. Forrester, C. Paul Rogers, Harold W. Stanley, Elizabeth G. Thornburg, Gerald Turner, Paul J. Ward and the Board of Trustees, involve false misrepresentations and statements about Ms. Butler's (1) fitness to be an attorney or a law professor; (2) moral character and truthfulness; and (3) personal health and request for an FMLA accommodation. Upon information and belief, defamatory statements were made about Ms. Butler before, after, or during Ms. Butler's tenure process and ultimately prevented Ms. Butler from being granted tenure at SMU.

We are now aware that your clients, with a total disregard for the truthfulness of its statements, made multiple defamatory statements about Ms. Butler both orally to various members of the faculty at SMU, and written in Ms. Butler's tenure report— which was authored and signed by Roy Anderson and Anthony Colangelo. Upon information and belief these statements were made orally and published in Ms. Butler's Tenure Report. The Tenure Report was then circulated to all tenured faculty members of the Dedman School of Law and may have been republished when the Tenure Report was forwarded to the Provost and other SMU administrators. Moreover, SMU, and its agents, fraudulently concealed these statements before, during and after Ms. Butler's tenure process.

Specifically, SMU, through its agents Mr. Anderson and Mr. Colango, stated that Ms. Butler was "unfit to be an attorney or a law professor" and that she had a "penchant for untruthfulness." Notably, Mr. Collins claimed that "anything he puts in the Tenure Letter is what

Dean Jennifer Collins and Provost Harold Stanley told me to put in there." Further, Dean Collins stated to several professors and members of the SMU faculty that "Cheryl is crazy", "going crazy" and/or "isn't there mentally". Ms. Butler was told, on audio recordings, that these statements were made maliciously to discourage the faculty and administration from investigating her claims of discrimination and appealing the denial of tenure. Lastly, several faculty members made defamatory statements about Ms. Butler in the tenure meeting, including Dean Collins, Julie Forrester, Beth Thornburg, Anthony Colangelo, and Roy Anderson. Specifically, Mr. Anderson stated, in the tenure meeting, "Cheryl is a pathological liar" and others responded with defamatory statements regarding Mr. Butler. Ms. Butler became aware of these defamatory statements, for the first time, on July 28, 2016.

As a direct result of these statements, Ms. Butler has suffered, and continues to suffer, substantial injury including but not limited to injury to her profession, character and reputation, mental anguish, loss of past and future income, and loss of earning capacity. In fact, it is our client's belief, as confirmed by various members of the faculty on audio recordings, that these statements were made with actual malice and a complete disregard for the truth. Further, these statements made by SMU, through its agents, prevented Ms. Butler from being granted tenure at SMU and will undoubtedly have a lasting impact of Ms. Butler's ability to practice law in the future.

Ms. Butler had multiple years of meritorious service for SMU, as well as a successful career practicing law before her employment at SMU, before these defamatory accusations. These false allegations and statements, made by SMU, through its agents, are injurious to the office, profession and occupation of Ms. Butler; and these statements amount to per se defamation—which under Texas common law presumes damages to Ms. Butler's reputation.

Thus, this letter serves as a formal request for retraction of the false misrepresentations and statements made about Ms. Butler before, during and after the tenure process. Further, this letter constitutes Ms. Butler's compliance with Section 73.055 of the Texas Civil Practice and Remedies Code.

Very truly yours,

kennard richard P.C.

Alfonso Kennard, Jr.

cc: Client
Keenya R. Harrold, Senior Counsel [Firm]

**CERTIFICATE OF SERVICE**

The undersigned counsel of record certifies that on July 19, 2017, a true and correct copy of Butler's Request for Retraction was served on the following attorney of record by email and certified mail, as follows:

Kim J. Askew, Esq.
K&L GATES
1717 Main Street, Suite 2800
Dallas, TX 75201
Email: kim.askew@klgates.com

Alfonso Kennard, Jr