IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CHERYL BUTLER** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO.: 3:18-cv-00037 |
| | § | JURY DEMANDED |
| **JENNIFER P. COLLINS, STEVEN C. CURRALL, ROY R. ANDERSON, JULIE PATTERSON FORRESTER, HAROLD STANLEY, PAUL J. WARD, AND SOUTHERN METHODIST UNIVERSITY** | § § § § § § § | |
| *Defendants*, | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

COMES NOW, TB Robinson Law Group, PLLC, specifically attorneys Terrence B. Robinson and Gabrielle O. Ilochi, moving to withdraw as counsel of record for the Plaintiff, CHERYL BUTLER, showing as follows:

1. The Plaintiff retained Terrence B. Robinson of TB Robinson Law Group, PLLC, to represent her in this action.

2. This motion is based on good cause in that counsel's withdrawal is in accordance with the terms of their retention by Plaintiff and that an irreconcilable conflict has arisen between the Plaintiff and the undersigned counsel that makes further representation by the undersigned impossible.

3. On October 28, 2019, during an in-person conference with Plaintiff, counsel expressed its intention to withdraw due to multiple reoccurring, fundamental disagreements.

4. Following the conference, on October 28, 2019, Plaintiff sent an email communication with the unmistakable purpose to sever the attorney-client relationship, effectively and immediately terminating representation by counsels of record.

5. The following deadlines/scheduling issues are pending in this case:

| | |
|---|---|
| *Rebuttal to Defendant's Designation of Experts* | *11/02/19* |
| *Discovery Deadline* | *12/02/19* |
| *Mediation Deadline* | *12/02/19* |
| *Motion to Compel Discovery or Impose Sanctions* | *12/09/19* |
| *Dispositive and Nondispositive Motions Deadline* | *12/16/19* |
| *Pretrial Disclosures, Materials, and Objections Deadline* | *04/06/20* |
| *Settlement Conference* | *04/06/20* |
| *Serve and File Disclosure List Deadline* | *04/20/20* |
| *Objections to Pretrial Material and Motions in Limine Deadline* | *04/20/20* |
| *Pretrial Conference Deadline* | *05/01/20* |
| *Trial Date* | *05/04/20* |

6. Plaintiff's address is 3341 Charleston Street, Houston, TX 77021, telephone number 713-828-3958, and email address cherylbutler2002@gmail.com.

7. The withdrawal is not sought for the purpose of delay.

8. Plaintiff will not be prejudiced or injured by allowing counsel to withdraw as attorney of record. Movants request that the remainder scheduling deadlines, as referenced herein, be abated for sixty (60) days in order for Plaintiff to secure new local counsel.

**PRAYER**

Movants, Terrence B. Robinson and Gabrielle O. Ilochi, request that they be allowed to withdraw as attorneys of record for Plaintiff.

                Respectfully submitted,
                TB Robinson Law Group, PLLC

                _____
                Terrence B. Robinson
                Fed. Bar No. 14218
                Texas Bar No. 17112900
                TRobinson@TBRobinsonlaw.com
                Gabrielle O. Ilochi
                Fed. Bar No. 3256155
                Texas SBN.: 24107815
                Email: GIlochi@tbrobinsonlaw.com
                TB Robinson Law Group, PLLC
                7500 San Felipe St., Ste. 800
                Houston, Texas 77063
                Tel: 713-568-1723
                Fax: 713-965-4288
                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

No conference was held in this matter due to Plaintiff's October 28, 2019 effective immediate termination of Movants as counsel.

_____
Terrence B. Robinson
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of October, 2019, the foregoing *UNOPPOSED MOTION TO WITHDRAW* was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorney(s) and/or parties of record via the CM/ECF service.

                                                  Terrence B. Robinson
                                                  Fed. Bar No. 14218
                                                  Texas Bar No. 17112900
                                                  TRobinson@TBRobinsonlaw.com
                                                  Gabrielle O. Ilochi
                                                  Fed. Bar No. 3256155
                                                  Texas SBN.: 24107815
                                                  Email: GIlochi@tbrobinsonlaw.com
                                                  TB Robinson Law Group, PLLC
                                                  7500 San Felipe St., Ste. 800
                                                  Houston, Texas 77063
                                                  Tel: 713-568-1723
                                                  Fax: 713-965-4288
                                                  **ATTORNEYS FOR PLAINTIFF**