IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CHERYL BUTLER** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO.: 3:18-cv-00037 |
| | § | JURY DEMANDED |
| JENNIFER P. COLLINS, STEVEN C. CURRALL, ROY R. ANDERSON, JULIE PATTERSON FORRESTER, HAROLD STANLEY, PAUL J. WARD, AND SOUTHERN METHODIST UNIVERSITY | § § § § § § | |
| *Defendants*, | § | |

## OPPOSED MOTION TO WITHDRAW AS COUNSEL

COMES NOW, TB Robinson Law Group, PLLC, specifically attorneys Terrence B. Robinson and Gabrielle O. Ilochi, moving to withdraw as counsel of record for the Plaintiff, CHERYL BUTLER, showing as follows:

1. The Plaintiff retained Terrence B. Robinson of TB Robinson Law Group, PLLC, to represent her in this action.

2. This motion is based on good cause in that counsel's withdrawal is in accordance with the terms of their retention by Plaintiff and that an irreconcilable conflict has arisen between the Plaintiff and the undersigned counsel that makes further representation by the undersigned impossible.

3. On October 28, 2019, during an in-person conference with Plaintiff, counsel expressed its intention to withdraw due to multiple reoccurring, fundamental disagreements.

4. Immediately following the conference, on October 28, 2019, Plaintiff sent an email communication with the unmistakable purpose to sever the attorney-client relationship, effectively and immediately terminating representation by counsels of record.

5. The following deadlines/scheduling issues are pending in this case:

| | |
|---|---|
| *Rebuttal to Defendant's Designation of Experts* | *11/02/19* |
| *Discovery Deadline* | *12/02/19* |
| *Mediation Deadline* | *12/02/19* |
| *Motion to Compel Discovery or Impose Sanctions* | *12/09/19* |
| *Dispositive and Nondispositive Motions Deadline* | *12/16/19* |
| *Pretrial Disclosures, Materials, and Objections Deadline* | *04/06/20* |
| *Settlement Conference* | *04/06/20* |
| *Serve and File Disclosure List Deadline* | *04/20/20* |
| *Objections to Pretrial Material and Motions in Limine Deadline* | *04/20/20* |
| *Pretrial Conference Deadline* | *05/01/20* |
| *Trial Date* | *05/04/20* |

6. Plaintiff's address is 3341 Charleston Street, Houston, TX 77021, telephone number 713-828-3958, and email address cherylbutler2002@gmail.com.

7. The withdrawal is not sought for the purpose of delay.

8. Plaintiff will not be prejudiced or injured by allowing counsel to withdraw as attorney of record. Movants request that the remainder scheduling deadlines, as referenced herein, be abated for sixty (60) days in order for Plaintiff to secure new local counsel.

## **PRAYER**

Movants, Terrence B. Robinson and Gabrielle O. Ilochi, request that they be allowed to withdraw as attorneys of record for Plaintiff.

        Respectfully submitted,
        TB Robinson Law Group, PLLC

        */s/ Terrence B. Robinson*
        ―――――――――――――――――
        Terrence B. Robinson
        Fed. Bar No. 14218
        Texas Bar No. 17112900
        TRobinson@TBRobinsonlaw.com
        Gabrielle O. Ilochi
        Fed. Bar No. 3256155
        Texas SBN.: 24107815
        Email: GIlochi@tbrobinsonlaw.com
        TB Robinson Law Group, PLLC
        7500 San Felipe St., Ste. 800
        Houston, Texas 77063
        Tel: 713-568-1723
        Fax: 713-965-4288
        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF CONFERENCE**

On October 29, 2019, Movants and counsel for Defendants conferred via telephone in this matter. Opposing counsel's opposition to this Motion is due to its contention with Movants' suggested sixty (60) day extension of scheduling order deadlines.

        */s/ Terrence B. Robinson*
        ―――――――――――――――――
        Terrence B. Robinson
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 29th day of October, 2019, the foregoing *OPPOSED MOTION TO WITHDRAW* was electronically filed with the Clerk of the Court using the CM/ECF system and served on all attorney(s) and/or parties of record via the CM/ECF service.

      /s/ T. B. R.

Terrence B. Robinson
Fed. Bar No. 14218
Texas Bar No. 17112900
TRobinson@TBRobinsonlaw.com
Gabrielle O. Ilochi
Fed. Bar No. 3256155
Texas SBN.: 24107815
Email: GIlochi@tbrobinsonlaw.com
TB Robinson Law Group, PLLC
7500 San Felipe St., Ste. 800
Houston, Texas 77063
Tel: 713-568-1723
Fax: 713-965-4288
**ATTORNEYS FOR PLAINTIFF**