**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHERYL BUTLER,**<br>**Plaintiff,**<br><br>**v.**<br><br>**JENNIFER P. COLLINS, STEVEN C. CURRAL, ROY R. ANDERSON, JULIE PATTERSON FORRESTER, HAROLD STANLEY, PAUL J. WARD, and SOUTHERN METHODIST UNIVERSITY,**<br>**Defendants.** | **§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§** | **CIVIL ACTION NO. 3-18-CV-00037-E** |

**SUGGESTION OF BANKRUPTCY**

CHERYL BUTLER a/k/a CHERYL NELSON, Plaintiff, files this Suggestion of Bankruptcy and notice of the Automatic Stay imposed by 11 U.S.C. § 362 and states:

On February 3, 2020, Defendant, CHERYL BUTLER a/k/a CHERYL NELSON, Debtor, filed a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Code (Title 11) in Case No. 20-30890, currently pending in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. A true and correct copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit "A" and incorporated by reference herein.

Plaintiff prays that Defendants and this Court take notice of this bankruptcy filing and of the Automatic Stay of 11 U.S.C. § 362.

Dated: February 3, 2020.

Respectfully submitted,

By: */s/ John L. Green*
John L. Green
TBN: 00784165 / FIN: 15880

Email: jlgreen488@aol.com
4888 Loop Central Drive, Suite 445
Houston, TX 77081
Tel. (713) 660-7400
Fax. (713) 660-9921
Bankruptcy Attorney for Plaintiff/Debtor,
Cheryl Nelson aka Cheryl Butler

## CERTIFICATE OF SERVICE

I certify that on February 3, 2020 a true and correct copy of the foregoing Suggestion of Bankruptcy was served on all persons in interest at the addresses set forth below, electronically or by first class mail, postage prepaid.

*/s/ John L. Green*
John L. Green
E-mail: jlgreen488@aol.com

Attorney for Defendants
Kim J. Askew
DLA Piper, LLP
1900 N. Pearl St, Suite 2200
Dallas, TX 75201
kim.askew@dlapiper.com

Attorney for Plaintiff
Andrew A. Dunlap
Andrew Dunlap Attorneys PLLC
6565 North McArthur Blvd, Ste 140
Irving, TX 75039
aadunlapesq@gmail.com