IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-00037-E |
| | § | |
| JENNIFER P. COLLINS, | § | |
| STEVEN CURRALL, | § | |
| JULIE PATTERSON FORRESTER, | § | |
| HAROLD STANLEY, AND | § | |
| SOUTHERN METHODIST UNIVERSITY, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND
DEADLINES IN AMENDED SCHEDULING ORDER**

Before this Court is Defendants' Agreed Motion to Extend Deadlines in the Amended Scheduling Order (Doc. 116). The Court grants the Motion and modifies the Amended Scheduling Order of March 24, 2021, as follows:

| | |
|---|---|
| Deadline for Completion of Discovery (Discovery during this period of extension is limited to the depositions of Steven Currall, Jennifer Collins, Roy Anderson, Samantha Thomas and Jessica Weaver.) | October 29, 2021 |
| Deadline for Mediation | October 29, 2021 |
| Deadline for Dispositive Motions | November 30, 2021 |

All other deadlines set forth in the Amended Scheduling Order of March 24, 2021, remain in effect and are not modified by this Order.

SO ORDERED, this 3rd day of September, 2021.

Ada Brown
UNITED STATES DISTRICT JUDGE