**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHERYL BUTLER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:18-cv-00037-E** |
| | § | |
| **JENNIFER M. COLLINS,** | § | |
| **STEVEN C. CURRALL,** | § | |
| **JULIE FORRESTER ROGERS,** | § | |
| **HAROLD STANLEY, AND** | § | |
| **SOUTHERN METHODIST UNIVERSITY,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is Defendants' Motion for Summary Judgment (the "Motion") on each of the remaining claims that have been asserted by Plaintiff Cheryl Butler. Having considered the Motion, the response, the reply, and all things properly before the Court, the Motion is hereby **GRANTED**.

Accordingly, it is **ORDERED** that the Motion is **GRANTED** in its entirety.

**SO ORDERED**, signed this ____________ day of ___________________________ 2021.

______________________________

**ADA E. BROWN**
**UNITED STATES DISTRICT JUDGE**