IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHERYL BUTLER § | |
| Plaintiff, § | |
| v § | |
| JENNIFER P. COLLINS, STEVEN § | CIVIL ACTION NO. 3:18-CV-37-1 |
| CURALL, ROY R, ANDERSON, § | |
| JULIE PATTERSON FORESTER, § | |
| HAROLD STANLEY, PAUL J. WARD § | |
| AND SOUTHERN METHODIST § | |
| UNIVERSITY, § | |
| Defendants, § | |

## MOTION TO WITHDRAW AS COUNSEL

**To The Honorable Ada Brown, Presiding Judge:**

Comes now, Andrew Dunlap, lead counsel in the above case notifying the Court that he withdraws from further representation in the above matter. Plaintiff notified above Counsel that she terminated his services on January 7, 2022

Wherefore Counsel requests that The Court grants his motion.

.Respectfully Submitted,

/s/Andrew Dunlap
Andrew Dunlap Attorneys, PLLC
6565 N. McArthur Blvd
Suite 140
Irving, Texas 75039
972-807-6357
214-614-5160
andrew@dunlapattorneys.com

ATTORNEY FOR PLAINTIFF