UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DVISION

| | |
|---|---|
| **CHERYL BUTLER** § | |
| *Plaintiff* § | |
| § | |
| **V** § | |
| JENNIFER P. COLLINS, § | CIVIL ACTION NO. |
| STEVEN CURRALL, § | 3:18-CV-0037-E |
| JULIE PATTERSON FORRESTER, § | |
| HAROLD STANLEY, AND § | |
| SOUTHERNN METHODIST UNIVERSITY § | |
| § | |
| *Defendants* § | |

**RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

TO THE HONORABLE COURT

   Andrew Dunlap, Counsel for Plaintiff files this response to Plaintiff's Motion for Reconsideration [Doc.147] on Motion to Withdraw and Motion to Substitute Counsel.

   Plaintiff's Motion for Reconsideration lacks  merit..

   The Court has discretion in these matters

   Wherefore, Movant requests that Plaintiff's Motion be denied.

   Respectfully Submitted


/s/ Andrew Dunlap
Andrew Dunlap
State Bar No. 06231700
Andrew Dunlap Attorneys, PLLC
6565 N. Mc Arthur Blvd Ste 140
Irving, Tx 75201
972-807-6357 tel.
214-614-5160 telecopier
andrew@dunlapattorneys.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that I served his document on all counsel of record via ECF on January 14, 2022

/s/ Andrew Dunlap