IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHERYL BUTLER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:18-CV-00037-E |
| v. | § | |
| | § | |
| **JENNIFER M. COLLINS,** | § | |
| **STEVEN C. CURRAL,** | § | |
| **JULIE FORRESTER ROGERS,** | § | |
| **HAROLD STANLEY, AND** | § | |
| **SOUTHERN METHODIST** | § | |
| **UNIVERSITY** | § | |

## PLAINTIFF CHERYL BUTLER'S
## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Professor Cheryl Butler hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following orders: Motion to Dismiss (ECF No. 47), Denying Plaintiff's Second Amended Motion for Reconsideration (ECF No. 67), Denying Plaintiff's Third Motion for Extension of Time (ECF No. 141), Finding as Moot Plaintiff's Motion to Strike ECF No. 138 (ECCF No. 143), Denying Mr. Andrew Dunlap's Motion to Withdraw as Counsel (ECF No. 144), Denying Plaintiff's Motion to File Opposition to Summary Judgment Out of Time (ECF No. 166), Denying Motion for Reconsideration (ECF No. 181), Denying Motion for Reconsideration (ECF No. 187), Denying Rule 56(d) Discovery (ECF Nos. 189, 191), Granting Summary Judgment (ECF Nos. 190, 193), and Order to Show Cause and Related Order re Ezra Young (ECF Nos. 193, 195).

1

Additionally, Professor Butler respectfully requests that if she prevails on appeal and this case is remanded, that it be reassigned to a different judge in the Northern District. For reasons that will be elevated on appeal, docketing a request for recusal of the Honorable Judge Ada Brown prior to the entry of final judgment would have been futile.

Dated: January 19, 2023

Respectfully submitted,

/s/ Ezra Young
Ezra Young (NY Bar No. 5283114)
LAW OFFICE OF EZRA YOUNG
210 North Sunset Drive
Ithaca, NY 14850
P: (949) 291-3185
ezra@ezrayoung.com

ATTORNEY FOR PLAINTIFF
PROFESSOR CHERYL BUTLER

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I electronically filed a copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically serve all counsel of record.

<u>/s/ Ezra Young</u>
Ezra Young (NY Bar No. 5283114)