**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| CHERYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-00037-E |
| | § | |
| JENNIFER M COLLINS et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**ORDER**

Before the Court is Plaintiff Cheryl Butler's motion to withdraw, which seeks withdrawal of local counsel Andrew A. Dunlap. The Court GRANTS withdrawal of Andrew A. Dunlap. (ECF No. 204). However, Butler no longer has local counsel. The Court ORDERS Butler to obtain local counsel on or before December 5, 2025. *See* N. D. Tex. Loc. Civ. R. 83.10.

The Court previously ordered briefing relating to recusal and sanctions. (ECF No. 203). The Court herein ORDERS all briefing relating to recusal and sanctions to be filed under seal. For clarification, the Court is not considering any sanction on Plaintiff Cheryl Butler, individually. The only sanction the Court is considering, at this time, is whether to revoke Counsel Ezra Young's pro hac vice.

**SO ORDERED.**

17th day of November, 2025.

ADA BROWN
UNITED STATES DISTRICT JUDGE