**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHERYL BUTLER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 3:18-CV-00037-E** |
| **v.** | § | |
| | § | |
| **JENNIFER M. COLLINS,** | § | |
| **STEVEN C. CURRAL,** | § | |
| **JULIE FORRESTER ROGERS,** | § | |
| **HAROLD STANLEY, AND** | § | |
| **SOUTHERN METHODIST** | § | |
| **UNIVERSITY** | § | |

# ATTORNEY YOUNG'S REQUEST FOR CLARIFICATION OF COURT ORDERS (ECF NOS. 203 AND 205)

To the Court:

This Court recently issued orders on November 5, 2025 (ECF No. 203) and November 17, 2025 (ECF No. 205). The undersigned respectfully requests clarification as to whether the Court intends to have already revoked permission for Attorney Young to appear in this matter without local counsel.

To refresh, Attorney Young simultaneously moved for admission pro hac vice and exemption from Local Rule 83.10 on January 6, 2022 (ECF No. 133). That motion was granted in its entirety by summary electronic order on January 7, 2022 (ECF No. 136).

Since his admission pro hac vice, Attorney Young has operated under the belief that he was relieved from Local Rule 83.10. The case docket evidences the same. As one example, at a hearing in March 8, 2022, the Court agreed with Attorney Young that it granted him relief from Local Rule 83.10. See Exhibit 1 at 62 (Judge Brown stating "You're welcome. You're welcome" in response to Young's representation that he was excused from the requirement of appearing with local counsel by prior order).

Attorney Young respectfully asks that the Court clarify whether the Court intended to revoke his exemption from Local Rule 83.10 prior to the completion of briefing on sanctions against him.

Dated November 17, 2025

Respectfully submitted,

/s/ Ezra Young
Ezra Young (NY Bar No. 5283114)
LAW OFFICE OF EZRA YOUNG
210 North Sunset Drive
Ithaca, NY 14850
P: (949) 291-3185
ezra@ezrayoung.com

ATTORNEY FOR PLAINTIFF
PROFESSOR CHERYL BUTLER

## CERTIFICATE OF COMPLIANCE

I hereby certify that in compliance with the Honorable Ada Brown's Chambers Rules, that ATTORNEY YOUNG'S REQUEST FOR CLARIFICATION OF COURT ORDERS (ECF NOS. 203 AND 205) is written in 14-point font and contains 215 words.

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I electronically filed a copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically serve all counsel of record.

/s/ Ezra Young

Ezra Young (NY Bar No. 5283114)

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER, | ) | 3:18-CV-00037-E |
| Plaintiff, | ) | |
| VS. | ) | DALLAS, TEXAS |
| JENNIFER M. COLLINS, ET AL | ) | |
| Defendants. | ) | MARCH 8, 2022 |

------------------------------

TRANSCRIPT OF
STATUS CONFERENCE
VOLUME 1
BEFORE THE HONORABLE ADA E. BROWN
UNITED STATES DISTRICT JUDGE

------------------------------

MR. YOUNG: Yes, Your Honor.

THE COURT: You know, the elephant in the room is, you don't have any summary judgment evidence. You just don't. They do. And they would -- they have to make a prima fascia case, but you have nothing at this point. And so why would they -- I mean, I don't know why you'd bother to designate a rebuttal person this -- you can't make a case.

MR. YOUNG: Well, Your Honor, again, that is an issue that I go to in the most recent motion. Beyond that, what I'm trying to do is exactly what I told this Court. And I thank you again for permission to appear without local counsel. I appreciate the Court --

THE COURT: You're welcome, you're welcome.

MR. YOUNG: -- doing its best to make sure that, you know, we can get things moving. I appreciate what you are doing and I see it, Your Honor. Thank you.

Because I'm trying to follow up with every loose end possible to make sure I know what's going on. And because, Your Honor, the most recent motion -- in the most recent order denying the extension, you said that Plaintiff had failed to designate experts. She hadn't. That was made by prior counsel. It was cleaned up, along with other stuff. She didn't file anything when the scheduling order was reset, because she wasn't designating any experts. But it turns out, Defendants filed these weird expert designations without