IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-00037-E |
| | § | |
| JENNIFER M COLLINS et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## DECLARATION OF THE HONORABLE ADA E. BROWN, UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS

1. My name is Ada E. Brown. I am over the age of eighteen, of sound mind, and in all ways competent to make this declaration.

2. Since September 13, 2019, I have been a United States District Judge for the Northern District of Texas.

3. I am the judge currently presiding over Cause No. 3:18-cv-00037, styled Cheryl Butler, Plaintiff v. Jennifer M. Collins, et al., Defendants.

4. On April 24, 2026, I presided over a show cause hearing, noticed at ECF 209 and I have personal knowledge of the contents of all 23 of the Court's Exhibits from the hearing.

5. Many of the exhibits include my personal work email address as well as email addresses for members of my chambers staff.

6. I have redacted the email addresses from these exhibits to protect myself and my staff from harassment and intimidation should the email addresses become public.

7. My chambers have previously received unwanted, abusive, and intimidating emails sent to chambers.

8.  One such example is attached to this Declaration as Exhibit A, an unsolicited email sent to my chambers on January 5, 2026. This unsolicited email was sent to my chambers from my former veterinarian using her professional email address. I know her professionally.

9.  It is because of my personal experience with such harassment that I believe it necessary to redact my chambers' email addresses from the Court exhibits. Unless specifically noted in the exhibit log attached, the only redactions to the Court's exhibits were the removal of Court email addresses.

The United States Court of Appeals for the Fifth Circuit "require [s] information that would normally be private to become public by entering the judicial record," *June Med. Servs., L.L.C. v. Phillips*, 22 F.4th 512, 520 (5th Cir. 2022), and, so, it has directed district courts to "undertake a case-by-case, document-by-document, line-by-line balancing of the public's common law right of access against the interests favoring nondisclosure" and to explain their sealing decisions "at a level of detail that will allow for [appellate] review," *Le v. Exeter Fin. Corp.*, 990 F.3d 410, 419 (5th Cir. 2021)(cleaned up); *see also I F G Port Holdings, L.L.C. v. Lake Charles Harbor and Terminal Dist.*, 82 F.4th 402, 411 (5th Cir. 2023) ("We recently instructed that that courts should be ungenerous with their discretion to seal judicial records and warned that we heavily disfavor sealing information placed in the judicial record. In the light of these admonitions, it is clear that this record was over-sealed" where the district court's "orders fail to acknowledge the public interest in access to judicial records and fail to articulate any reasons that would support sealing." Consequently, "[t]hese orders must be vacated." (cleaned up)).

Considering these requirements,

[a] although the Court appreciates that litigants often seek to seal confidential documents received from their adversaries or nonparties, appropriate redaction rather than sealing is the preferred means of achieving privacy balanced with the public's right to access. And while an issued protective order may justify secrecy outside the adjudicative process, once a party presents matters for resolution through the adjudicative process, the party must satisfy the more arduous standard for making a filing under seal.

*Trans Tool, LLC v. All State Gear Inc.*, No. SA-19-CV-1304 JKP, 2022 WL 608945, at *9 (W.D. Tex. Mar. 1, 2022); *see also United States ex rel. Frey v. Health Mgmt. Sys., Inc.*, No. 3:19-cv-920-B, 2023 WL 6543545, at *2 (N.D. Tex. Oct. 5, 2023) ("The public's right of access here is not absolute. The Court notes the [redacted] carrier's name does not provide a basis for summary judgment, diminishing the importance of public access. Unlike the sealing at issue in *Le*, the redaction to the carrier's name is tailored to the non-disclosure interest asserted, leaving all other information contextualizing Exhibit O available to the public. The public also retains access to all of the data in Exhibit O. Indeed, it is difficult to imagine a compelling public interest in accessing the carrier's name….Having conducted a 'line-by-line balancing' of

interests, the Court concludes the requested redaction is warranted. The tailored redaction is 'congruent to the need' to protect HMS's relationship with the insurance carrier as it leaves all other information related to the carrier available to the public." (cleaned up)).

This Court determines after having conducted an appropriate line-by-line balancing of interests, the redactions of this chambers' email addresses in the Court's exhibits is warranted, that the redactions are congruent to the Court's legitimate need to protect against harassing and abusive email being sent to it, such as the communications in Exhibit A, if the Court's email addresses are publicly available as headers to this Court's exhibits. For these reasons, the Court's exhibits have the Court's email addresses redacted.

I declare under penalty of perjury the foregoing is true and correct.

**SO ORDERED.**

27th day of April, 2026.

ADA BROWN
UNITED STATES DISTRICT JUDGE

**Date:** January 24, 2026 at 9:14:30 AM CST

**Subject: Fwd: For Ada Brown from a prior acquaintance**

Sent from my iPhone



**Sent:** Monday, January 5, 2026 10:56 AM

**To:** Ada Brown

**Subject:** FW: For Ada Brown from a prior acquaintance

Judge Brown,

Please see the email below and let me know if you want to take further action.



COURT'S
EXHIBIT

Ex # A

Thanks,

*Lisa Matz*



Courtroom
Deputy to
Honorable Ada
Brown
U.S. District
Court, Northern
District of Texas

██████████

214.753.2683
(Direct)

**From:** Jennifer
Wilcox
<jwilcoxdvm@outlook.com>
**Sent:** Saturday,
January 3, 2026 2:25
PM
██████████

**Subject:** For Ada
Brown from a prior
acquaintance

CAUTION -
EXTERNAL:

Judge Brown,

I just wanted to

touch base and express my extreme disappointment in our current state of affairs. I cannot understand how anyone who actually believes in the rule of law, much less is their job to uphold it, can support this current administration. This is the most corrupt administration of my life, and I am ashamed to know that people who only desire power for themselves will support this. Every judge that was appointed by Trump should resign. You did make a good decision not to bring children into this fucked up place we find ourselves. I, however, have to try to explain to my children why we allowed a felon to inhabit the White House and how the Supreme Court

allowed our politics to be controlled by the oligarchs. They literally gave our democracy away to the highest bidder (Citizens United). I saw you used your "discretion" to give some stupid old woman the maximum sentence for an online threat against Judge Kacsmaryk. I am sure this will make the world safer while your right wing 2nd amendment white Christian nationalists pose as police officers to kill politicians like Melissa Hortman and ICE mask themselves while violating US citizens civil rights. All while judges like you and other lifetime appointees have zero accountability. Judge Kacsmaryk used his position to push a personal agenda illegally blocking a drug that we know is safe and effective. I

hope you find
something to
believe in beyond
personal power
and retribution.


Jennifer Link, DVM


Stonebriar
Veterinary Centre
5720 Town &
Country Blvd
Frisco, TX 75034
972-712-8387

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**


**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**