**From:** [redacted]
**Date:** January 24, 2026 at 9:14:39 AM CST
**To:** [redacted]
**Subject: Fwd: For Ada Brown from a prior acquaintance**

Sent from my iPhone

**From:** [redacted]
**Sent:** Monday, January 5, 2026 10:56 AM
**To:** Ada Brown [redacted]
**Cc:** [redacted]
**Subject:** FW: For Ada Brown from a prior acquaintance

Judge Brown,

Please see the email below and let me know if you want to take further action.

COURT'S EXHIBIT
Ex # A

Thanks,

*Lisa Matz*

Courtroom Deputy to Honorable Ada Brown
U.S. District Court, Northern District of Texas
[redacted]
214.753.2683 (Direct)

**From:** Jennifer Wilcox <jwilcoxdvm@outlook.com>
**Sent:** Saturday, January 3, 2026 2:25 PM
**To** [redacted]
**Subject:** For Ada Brown from a prior acquaintance

**CAUTION - EXTERNAL:**

Judge Brown,

I just wanted to

touch base and express my extreme disappointment in our current state of affairs. I cannot understand how anyone who actually believes in the rule of law, much less is their job to uphold it, can support this current administration. This is the most corrupt administration of my life, and I am ashamed to know that people who only desire power for themselves will support this. Every judge that was appointed by Trump should resign. You did make a good decision not to bring children into this fucked up place we find ourselves. I, however, have to try to explain to my children why we allowed a felon to inhabit the White House and how the Supreme Court

allowed our politics to be controlled by the oligarchs. They literally gave our democracy away to the highest bidder (Citizens United). I saw you used your "discretion" to give some stupid old woman the maximum sentence for an online threat against Judge Kacsmaryk. I am sure this will make the world safer while your right wing 2nd amendment white Christian nationalists pose as police officers to kill politicians like Melissa Hortman and ICE mask themselves while violating US citizens civil rights. All while judges like you and other lifetime appointees have zero accountability. Judge Kacsmaryk used his position to push a personal agenda illegally blocking a drug that we know is safe and effective. I

hope you find
something to
believe in beyond
personal power
and retribution.

Jennifer Link, DVM

Stonebriar
Veterinary Centre
5720 Town &
Country Blvd
Frisco, TX 75034
972-712-8387

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**