IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHERYL BUTLER,                          §
                                        §
        Plaintiff,                      §
                                        §
v.                                      §        Civil Action No. 3:18-CV-00037-E
                                        §
JENNIFER M COLLINS et al.,              §
                                        §
        Defendants.                     §
                                        §
                                        §
                                        §

INDEX OF ADMITTED EXHIBITS

Exhibit 1      Sealed documents available at www.ezrayoung.com in Appendix One pdf. as of
               4/21/2026

               Includes:

               ECF Doc 207 (sealed in 3:18-cv-00037)
               "Response of Mr. Ezra Young to Order to Show Cause" (ECF 203)

               ECF Doc 208 (sealed in 3:18-cv-00037-E)
               "Defendant's Response to Ezra Young's Response to Order to Show Cause"

               ECF Doc. 212 (sealed in 3:17-cv-00037-E)
               "Motion for Recusal of Honorable Ada Brown"

               Alterations: Redacted sealed content from ECF 208.

Exhibit 2      ECF 208 (sealed in 3:18-cv-00037-E)
               "Defendant's Response to Ezra Young's Response to Order to Show Cause"

               Alterations: Redacted sealed content from ECF 208.

Exhibit 3      Sealed documents at www.ezrayoung.www in Appendix Three pdf
               as of 4/24/2026

               Includes:

               ECF Doc 207 (sealed in 3:18-cv-00037)

"Response of Mr. Ezra Young to Order to Show Cause" (ECF 203)

ECF 208 (sealed in 3:18-cv-00037-E)
"Defendant's Response to Ezra Young's Response to Order to Show Cause"

ECF Doc. 212 (sealed in 3:17-cv-00037-E)
"Motion for Recusal of Honorable Ada Brown"

ECF 214 (sealed in 3:17-cv-00037-E)
"Appendix to Motion for the Recusal of the Honorable Ada Brown"

Alterations: Redacted sealed content from ECF 208.

|  |  |
|---|---|
| Exhibit 4 | Sealed documents available at www.ezrayoung.com in Appendix Four pdf as of 4/24/2026 |

Includes

ECF 220 "Defendants Response to Plaintiff's Motion for Recusal"

Alterations: No redactions.

| Exhibit 5 | Screenshot of Mr. Ezra Young's social media post dated 3/18/2023 that fairly and accurately depicts Mr. Young providing a link to case material via a Dropbox link. |
|---|---|

Alterations: Court email addresses redacted.

| Exhibit 6 | Screenshots of Mr. Ezra Young's social media post dated 12/8/2025 providing link to mandamus petition appendices 1-4 at link to case management via a link. |
|---|---|

Alterations: Court email addresses redacted.

| Exhibit 7 | Screenshots of Mr. Ezra Young's social media post |
|---|---|

Alterations: Court email addresses redacted.

| Exhibit 8 | Screenshots of Mr. Ezra Young's social media post |
|---|---|

Alterations: Courts email addresses redacted.

| Exhibit 9 | Sealed documents available at www.ezrayoung.com in Appendix Two pdf as of 4/25/2026 |
|---|---|

Included

ECF 214 Appendix to the Motion for the Recusal of The Honorable Ada Brown (under seal in 3:18-cv-00037-E)

Alterations: No redactions.

Exhibit 10    Screenshot of Mr. Ezra Young's social media post dated 9/2/2025 Beverly Daniel Tatum former President of Spelman College

Alterations: Court email addresses redacted.

Exhibit 11    Screenshot of Mr. Ezra Young's social media post dated 11/21/2025 stating "Ezra Young is with Beverly Guy Sheftall," founder of Spelman College Women's Research and Resource Center and longtime faculty member of Spelman College.

Alterations: Court remail addresses redacted.

Exhibit 12    Screenshot of Mr. Ezra Young's social media post dated 2/21 commentary on referencing Nex Benedict's death and reference to Choctaw Nation Chief Gary Batton.

Alterations: Court email addresses redacted.

Exhibit 13    Screenshot of Mr. Ezra Young's social media post dated 8/28/2025 showing "The pencil drawing of a girl by Choctaw Ross Ridge symbolizes missing and murdered Indigenous people to which Mr. Ezra Young comments: "Powerful."

Alterations: Court email addresses redacted.

Exhibit 14    Press Release from United States Attorney's Office dated 5/6/2024 announcing "[Tanner Dean] Washington sentenced to life for murder.

Alterations: None.

Exhibit 15    Photocopy of pages 40 & 41 of the National Association of Colored People's Eleventh Annual Report "Lynching Record for 1920" section.

Alterations: The Court circled the December 5 Holdenville, Oklahoma entry which identifies:

"An unidentified Negro, charged with an attack on a white woman 67 years old; was taken from the Hughes County jail at Holdenville by a mob of about 50 men and hanged to a telephone pole. His body was riddled with bullets."

Exhibit 16    Screenshot of New York Times headline from its 12/6/1920 article titled "OKLAHOMA NEGRO LYNCHED; Taken From Jail After Alleged Attack on Aged White Woman."

Alterations: Court email addresses redacted.

Exhibit 17    Screenshot of Mr. Ezra Young's social media post dated 7/23/2025 adding three celebration emojis in response to Choctaw activist Diana Williston's hands to heaven emoji celebrating "yes!!" "The Supreme Court of The Muscogee Creek Nation has ruled that Freedmen are tribal citizens!"

Alterations: Court email addresses redacted.

Exhibit 18    Screenshot of Mr. Ezra Young's reposting Native American activist Rebecca Nagle's post stating "Two weeks ago today, the Supreme Court of Muscogee Nation affirmed the citizenship rights of freedmen descendants. After decades of disenfranchisement, freedmen descendants are now eligible for tribal citizenship. How did we get here? Here's a little history lesson & [spool icon]:

Alterations: None.

Exhibit 19    Photo of judges enrolled at Duke University's Master of Judicial Studies class of 2025, available at https://law.duke.edu.

Alterations: None.

Exhibit 20    Screenshot of Mr. Ezra Young celebrating with three emojis a photo dated 5/10/2025 showing Duke University School of Law's class of 2025 graduation ceremony program and a photo of Duke University School of Law's class of 2025's diploma. Also a screenshot of Mr. Ezra Young's social media dated 5/30/2024 showing the apartment and garden where Judge Ada Brown resided during summer studies in Durham during the LLM program.

Mr. Ezra Young responds to a fellow student's post "Sirius in Durham." Mr. Young replies to this post adding "looks like he might benefit from some Duke swag;" followed by a hyperlink to Duke School of Law's online store.

Exhibit 21    Screenshot of Mr. Ezra Young's various social media posts showing Mr. Young's dog Thurgood dressed in a Halloween costume.

Alterations: Court email addressed redacted.

Exhibit 22    Screenshots of Mr. Ezra Young's social media post dated 7/7/2025 showing a conversation with "pseudo-nigga."

Alterations: Court email addresses redacted.

Exhibit 23    Screenshot of Judge Ada Brown's telephone showing live links at www.ezrayoung.com as of 4/24/2026.

Alterations: None.

**SO ORDERED.**

27th day of April, 2026.

ADA BROWN
UNITED STATES DISTRICT JUDGE

① ECF 207

Young's resp to
   show cause

② ECF 208

smu resp to
   show cause

③ SQ ECF 212

Young's mtr

# APPENDIX 1

COURT'S
EXHIBIT

Ex #_____1_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:18-CV-00037-E |
| v. | § | |
| | § | |
| JENNIFER M. COLLINS, | § | |
| STEVEN C. CURRAL, | § | |
| JULIE FORRESTER ROGERS, | § | |
| HAROLD STANLEY, AND | § | |
| SOUTHERN METHODIST | § | |
| UNIVERSITY | § | |
| | § | |
| Defendants. | § | |

## RESPONSE OF MR. EZRA YOUNG TO
## ORDER TO SHOW CAUSE (ECF No. 203)

Ezra Young
LAW OFFICE OF EZRA YOUNG
210 North Sunset Drive
Ithaca, NY 14850
P: (949) 291-3185
ezra@ezrayoung.com

ATTORNEY FOR PLAINTIFF
PROFESSOR CHERYL BUTLER

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER,<br><br>    Plaintiff,<br><br>v.<br><br>JENNIFER M. COLLINS,<br>STEVEN C. CURRALL, ROY P.<br>ANDERSON, PAUL WARD,<br>JULIE FORRESTER ROGERS, AND<br>HAROLD STANLEY<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:18-cv-00037-E |

## DEFENDANTS' RESPONSE TO EZRA YOUNG'S RESPONSE TO ORDER TO SHOW CAUSE



1

1626669769.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. 3:18-CV-00037-E |
| v. | § | |
| | § | |
| JENNIFER M. COLLINS, | § | |
| STEVEN C. CURRAL, | § | |
| JULIE FORRESTER ROGERS, | § | |
| HAROLD STANLEY, AND | § | |
| SOUTHERN METHODIST | § | |
| UNIVERSITY | § | |
| | § | |
| Defendants. | § | |

## MOTION FOR THE RECUSAL OF

## THE HONORABLE ADA BROWN

Ezra Young
LAW OFFICE OF EZRA YOUNG
210 North Sunset Drive
Ithaca, NY 14850
P: (949) 291-3185
ezra@ezrayoung.com

ATTORNEY FOR PLAINTIFF
PROFESSOR CHERYL BUTLER

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-00037-E |
| | § | |
| JENNIFER M. COLLINS, | § | |
| STEVEN C. CURRALL, ROY P. | § | |
| ANDERSON, PAUL WARD, | § | |
| JULIE FORRESTER ROGERS, AND | § | |
| HAROLD STANLEY | § | |
| | § | |
| Defendants. | § | |

**COURT'S EXHIBIT**

Ex # 2

### DEFENDANTS' RESPONSE TO EZRA YOUNG'S
### RESPONSE TO ORDER TO SHOW CAUSE



1

Ecf 207
Ecf 208
Ecf 212
Ecf 214

# APPENDIX 3



COURT'S
EXHIBIT
3
Ex #_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:18-CV-00037-E |
| v. | § | |
| | § | |
| JENNIFER M. COLLINS, | § | |
| STEVEN C. CURRAL, | § | |
| JULIE FORRESTER ROGERS, | § | |
| HAROLD STANLEY, AND | § | |
| SOUTHERN METHODIST | § | |
| UNIVERSITY | § | |
| | § | |
| Defendants. | § | |

## RESPONSE OF MR. EZRA YOUNG TO
## ORDER TO SHOW CAUSE (ECF No. 203)

Ezra Young
LAW OFFICE OF EZRA YOUNG
210 North Sunset Drive
Ithaca, NY 14850
P: (949) 291-3185
ezra@ezrayoung.com

ATTORNEY FOR PLAINTIFF
PROFESSOR CHERYL BUTLER

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-00037-E |
| | § | |
| JENNIFER M. COLLINS, | § | |
| STEVEN C. CURRALL, ROY P. | § | |
| ANDERSON, PAUL WARD, | § | |
| JULIE FORRESTER ROGERS, AND | § | |
| HAROLD STANLEY | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' RESPONSE TO EZRA YOUNG'S
## RESPONSE TO ORDER TO SHOW CAUSE



1

1626669769.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. 3:18-CV-00037-E |
| v. | § | |
| | § | |
| JENNIFER M. COLLINS, | § | |
| STEVEN C. CURRAL, | § | |
| JULIE FORRESTER ROGERS, | § | |
| HAROLD STANLEY, AND | § | |
| SOUTHERN METHODIST | § | |
| UNIVERSITY | § | |
| | § | |
| Defendants. | § | |

# MOTION FOR THE RECUSAL OF

## THE HONORABLE ADA BROWN

Ezra Young
LAW OFFICE OF EZRA YOUNG
210 North Sunset Drive
Ithaca, NY 14850
P: (949) 291-3185
ezra@ezrayoung.com

ATTORNEY FOR PLAINTIFF
PROFESSOR CHERYL BUTLER

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. 3:18-CV-00037-E |
| v. | § | |
| | § | |
| JENNIFER M. COLLINS, | § | |
| STEVEN C. CURRAL, | § | |
| JULIE FORRESTER ROGERS, | § | |
| HAROLD STANLEY, AND | § | |
| SOUTHERN METHODIST | § | |
| UNIVERSITY | § | |
| | § | |
| Defendants. | § | |

## APPENDIX TO MOTION FOR THE RECUSAL OF
## <u>THE HONORABLE ADA BROWN</u>

Ezra Young
LAW OFFICE OF EZRA YOUNG
210 North Sunset Drive
Ithaca, NY 14850
P: (949) 291-3185
ezra@ezrayoung.com

ATTORNEY FOR PLAINTIFF
PROFESSOR CHERYL BUTLER

ECF 220

Smu's recusal resp.



COURT'S
EXHIBIT
9
Ex # _____

# APPENDIX 4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-00037-E |
| | § | |
| JENNIFER M. COLLINS, | § | |
| STEVEN C. CURRALL, ROY P. | § | |
| ANDERSON, JULIE FORRESTER | § | |
| ROGERS, HAROLD STANLEY, AND | § | |
| PAUL WARD, | § | |
| | § | |
| Defendants. | § | |

## **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR RECUSAL**





COURT'S
EXHIBIT

Ex # 5

From:
To:
Subject:        Fwd: View recent photos
Date:           Friday, April 24, 2026 12:46:04 PM
Attachments:    View recent photos.png

Sent from my iPhone

Begin forwarded message:



**11:50**

**December 17, 2025**
10:04 AM

10:04

Ezra Young

📌 **Pinned post**

**Ezra Young** is with **Cheryl Butler.**
Dec 8 · 🌐

Thank you, Fifth Circuit.

Read our mandamus petition here: https://tinyurl.com/ 4mabency

*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 08, 2025

COURT'S
EXHIBIT

Ex # _____6_____



Ms. Kirsten Marisol Castaneda
Alexander Dubose & Jefferson, L.L.P.
8144 Walnut Hill Lane
Suite 510
Dallas, TX 75231-4388

Mr. Aaron S. Nava
Troutman Pepper Locke, L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201

No. 25-11324   In re: Cheryl Butler
USDC No. 3:18-CV-37

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising the parties that the court has requested a response to the Petitioners' Petition for writ of mandamus to be

Sincerely,

cc: Mr. Ezra Ishmael Young

Sent from my iPhone



From:
To:
Subject:      Fwd: Fired
Date:         Friday, April 24, 2026 17:54:34 PM
Attachments:  IMG_2395.PNG

Sent from my iPhone

Begin forwarded message:



6:45

<      Ezra's post                      •••

  ✏️ Author

Ezra Young

**Sara Schnorr** Judge
Ada Brown.
Troutman took over
as SMU fired DLA
Piper, who in turn
fired their former
lead counsel Kim
Askew.

10h   Like   Reply



COURT'S
EXHIBIT
Ex #_____7



**Benjamin Turner**

Sara Schnorr. Very Christian. Good Christians have a long, ugly history of retaliation. Read up on the counter Reformation.

9h · Like · Reply

 Write a comm...

Sent from my iPhone



From:
To:
Subject:       Fwd: Photo
Date:          Friday, April 24, 2026 2:37:13 PM
Attachments:   IMG_3274.PNG

Sent from my iPhone

Begin forwarded message:



`Sent from my iPhone

Begin forwarded message:

Subject: Photo



 

**12:13**                              .ıl �ම 96

# facebook          Open app    Log in

← **Ezra's post**

*Respondents.*                          §

### RULE 28(j) LETTER BY
### PETITIONERS CHERYL BUTLER AND EZRA ISHMAEL YOUNG

Petitioners submit that filings made by Respondents since December 4, 2025, and not disclosed to this Circuit, should be considered in this mandamus proceeding.

In this Circuit, Respondents filed a brief opposing all relief sought by Petitioners at 6:57pm central on December 17, 2025. A true copy of notice of Respondents' brief with timestamp is appended as **Exhibit 1.** Respondents' brief fails to disclose that at 5:41pm central that same day they filed a Response Opposing Recusal in the Northern District of Texas

🔺⭕ lev India Thusi and 11 others



COURT'S
EXHIBIT

Ex # ___8___

isy India Trust and 11 others

 12      3

 **Dane Lane**
I have some comments about all this after reading it. Sounds like courts in Texas are very bias too

1mo

 **Ezra Young**
**Dane Lane** I've only had respectful experiences in Texas courts prior to this one. Hoping the appellate court fixes this mess.

1mo                                    1

## Recent Posts

 **Ezra Young**

• • •

Sent from my iPhone

Butler
appendix
in support
of mtr

# APPENDIX 2



COURT'S
EXHIBIT

9

Ex #_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL BUTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:18-CV-00037-E |
| v. | § | |
| | § | |
| JENNIFER M. COLLINS, | § | |
| STEVEN C. CURRAL, | § | |
| JULIE FORRESTER ROGERS, | § | |
| HAROLD STANLEY, AND | § | |
| SOUTHERN METHODIST | § | |
| UNIVERSITY | § | |
| | § | |
| Defendants. | § | |

## APPENDIX TO MOTION FOR THE RECUSAL OF

## THE HONORABLE ADA BROWN

Ezra Young
LAW OFFICE OF EZRA YOUNG
210 North Sunset Drive
Ithaca, NY 14850
P: (949) 291-3185
ezra@ezrayoung.com

ATTORNEY FOR PLAINTIFF
PROFESSOR CHERYL BUTLER



From:
To:
Subject: Photo
Date: Friday, April 24, 2026 2:45:45 PM
Attachments: IMG_9074.PNG



4:49    .ıl  ﹍  57

← **Ezra Ishmael Young**
28.2K posts

**Follow**

Posts    **Replies**    Highlights    Videos    Photos



WASHINGTON

♡ 1    ılıl 84



**Beverly Daniel Tatum** @BDTS... · 9/2/25  ···
It's Publication Day! Excited to find Peril and
Promise in the "New and Noteworthy"
section of my local Barnes & Noble!





COURT'S
EXHIBIT

Ex # ___10___



Q 5      t⏁ 35      ♡ 152      ┆┆┆ 5.2K      🔖      ⬆

**Ezra Ishmael Young** ✔ @ezrai... · 9/2/25      ···
🥳🥳🥳

Q      t⏁      ♡      ┆┆┆ 32

**Terry Allen, J.D., Ph.D.** @Terry... · 9/2/25      ···

⌂      Q      ∅      🔔 20+      ✉

Sent from my iPhone


COURT'S
EXHIBIT

Ex # ___ 11

From:
To:
Subject: Spelman photos
Date: Friday, April 24, 2020 2:45:53 PM
Attachments: IMG_2075.PNG
IMG_9074.PNG

11:19       .ıll 🔋 974

<      **Ezra Young**      🔍

 **Ezra Young** is with   •••
**Beverly Guy Sheftall.**
Nov 21 · 🌍

H/t Beverly



*i* About this website

politico.com
Two decades later, Cornel
West's critique of Larry Sum...

From:
To:
Subject:    Fwd: Chief misspelled
Date:    Friday, April 24, 2026 12:51:57 PM

Sent from my iPhone

Begin forwarded message:



Subject: Chief misspelled



COURT'S
EXHIBIT
Ex # 52

 **Ezra Young**
Feb 21 · 🌐

Support from Choctaw Nation of Oklahoma Chief Garry Baton as the Nation mourns Nex Benedict.



indianz.com
**'Nex's death weighs heavily on the hearts of the Choctaw people': Choctaw Nation mourns loss of yo...**

 2                                                          1 share

 Like                    🔗 Copy                    ↪ Share

 **Ezra Young**
Feb 21 · 🌐

Heartbreaking situation. Vigil for folks in OKC.





From:
To:
Subject:    Fwd: red hand
Date:    Friday, April 24, 2026 12:51:44 PM

Sent from my iPhone

Begin forwarded message:



Subject: red hand

9:10    .ul 🤍 98

<    **Friday**    •••
5:07 PM

**Posts    Replies    Highlights    Videos    Photos**

💬         🔁         🤍 2      ılıl 305    🔖    ↥

 **Ezra Ishmael Young** ✔ @ezra... · 8/28/25  ✕
Powerful

 **Diana Williston** @girlna... · 8/28/25

The pencil drawing of a girl by Choctaw
artist Ross Ridge symbolizes missing
and murdered Indigenous people.

Read the article here: kten.com/
community/choc...



COURT'S
EXHIBIT

Ex # 13



Sent from my iPhone





COURT'S
EXHIBIT
Ex #____14____

**PRESS RELEASE**

# Washington Sentenced To Life For Murder

Monday, May 6, 2024

**For Immediate Release**

U.S. Attorney's Office, Eastern District of Oklahoma

**MUSKOGEE, OKLAHOMA –** The United States Attorney's Office for the Eastern District of Oklahoma announced that Tanner Dean Washington, age 29, of Ada, Oklahoma, was sentenced to life in prison for the 2019 murder of his girlfriend, Faith Lindsey.

The charges arose from investigations by the Oklahoma State Bureau of Investigation, the Federal Bureau of Investigation, the District 22 District Attorney Drug and Violent Crime Taskforce, the Seminole County Sheriff's Office, the Pontotoc County Sheriff's Office, the Pauls Valley Police Department, the Chickasaw Nation Lighthorse Police Department, and the Chickasaw Nation Emergency Management.

On August 31, 2022, Washington pleaded guilty to one count of Murder in Indian Country — Second Degree.  As part of the plea, Washington admitted to murdering 17-year-old Faith Lindsey on October 27, 2019.  According to investigators, on October 29, 2019, Lindsey's family called the Seminole County Sheriff's Office to report Lindsey as a missing person.  During the investigation, law enforcement officers uncovered evidence of blood in two of Washington's automobiles as well as on a pair of sunglasses found in one of the vehicles.  Law enforcement interviewed witnesses who reported that on the night Lindsey went missing, Washington admitted Lindsey "was dead" and "it was his fault."  The crime occurred in Pontotoc County, within the boundaries of the Chickasaw Nation Reservation, in the

Assistant United States Attorney Ryan Conway represented the United States.

*Updated May 6, 2024*

## Topics

| INDIAN COUNTRY LAW AND JUSTICE | VIOLENT CRIME |

## Components

Federal Bureau of Investigation (FBI)   |   USAO-Oklahoma, Eastern

# Related Content

**PRESS RELEASE**

## Carter County Resident Pleads Guilty To Assault By Strangling

**MUSKOGEE, OKLAHOMA –** The United States Attorney's Office for the Eastern District of Oklahoma announced that Tyler Layne Gillispie, age 32, of Dickson, Oklahoma, entered a guilty plea to one...

April 21, 2026

Case 3:18-cv-00037-E   Document 237   Filed 04/27/26   Page 36 of 53   PageID 5162

hanged to a tree and his body riddled with bullets. The Negro is believed to have been shot by one of the posses in search of his brother. Adams was killed in a quarrel with the three McKelvey brothers over the use of a road across the Adams plantation.

Nov. 29—*Princeton, Fla.:*

J. B. Harris, a nineteen-year-old Negro, was lynched by a mob near Princeton, following an alleged attack upon a white woman. He was identified by his victim and led into a nearby forest where, it was reported, the body was left hanging to a tree.

30—*Thomasville, Ga.:*

Unknown Negro, accused of attacking a young white woman, lynched.

Dec. 5—*Holdenville, Okla.:*

An unidentified Negro, charged with an attack on a white woman 67 years old, was taken from the Hughes County jail at Holdenville by a mob of about 50 men and hanged to a telephone pole. His body was riddled with bullets.

8—*Billings, Mont.:*

E. F. Lampson (white), was burned to death in his cabin after a posse had set fire to it following an all-night rifle and revolver battle and numerous attempts to dynamite the house. An attempt was being made to arrest Lampson for suspected insanity.

——*Doerun, Ga.:*

Unknown Negro lynched as result of labor troubles.

10—*Santa Rosa, Cal.:*

George Boyd, Terence Fitts and Charles Valento (white), accused of having murdered Sheriff James A. Petray of Sonoma County and Detective Miles Jackson and Lester M. Dorman on December 5, were taken from the county jail and hanged, by a mob of about 100 men.

23—*Fort Worth, Texas:*

Thomas W. Vickery, white, held on a charge of murder in connection with the killing of Policeman Jeff C. Cook, on December 20, was taken from the county jail and hanged by a mob. Shots were fired into the victim's body.

23—*Purvis, Miss.:*

Following the finding of the body of Coleman Brown, an aged Negro preacher, hanging from a tree and riddled with bullets, soon after his release on bond in connection with the murder of a 14-year-old Negro girl, Sheriff Williamson announced that it is believed that Negroes are responsible for the lynching.

26—*Jonesboro, Ark.:*

Wade Thomas, shot and killed a policeman in a raid on a dice game December 25. He was taken from jail by a mob of 400 and after being paraded through the business streets of the town, was hanged to a telegraph pole near the scene of the crime.

## SUMMARY

### By States

| | |
|---|---|
| Alabama | 6 (1 white) |
| Arkansas | 1 |
| California | 3 (white) |
| Florida | 13 |
| Georgia | 8 |
| Kansas | 1 |
| Kentucky | 1 |
| Minnesota | 3 |
| Mississippi | 7 |
| Missouri | 1 |
| Montana | 1 (white) |
| North Carolina | 2 |
| Ohio | 1* |
| Oklahoma | 1 |
| South Carolina | 3 (1 white) |
| Tennessee | 1 |
| Texas | 10 (1 white) |
| Virginia | 1 |
| West Virginia | 1 (white) |
| Total | 65 |

### Manner of Lynching

| | |
|---|---|
| Hanged | 31 |
| Shot | 15 |
| Burned | 8 |
| Drowned | 2 |
| Flogged to Death | 1 |
| Manner unknown | 8 |
| Total | 65 |

### Alleged Offenses

| | |
|---|---|
| Murder | 24 |
| Assault on white woman (murderous) | 2 |
| Attack on white woman | 15 |
| Insulting white woman | 3 |
| Attempted attack on white woman | 1 |
| Attack on white boy | 1 |
| Stabbing white man | 2 |
| Assaulting white man | 3 |

\* On steamer plying between Duluth, Minn., and Toledo, Ohio.

COURT'S EXHIBIT

Ex # TS



From:
To:
Subject:    Photos
Date:    Friday, April 24, 2026 2:44:25 PM



# The New York Times

**Read in the app**

1

# OKLAHOMA NEGRO LYNCHED.; Taken From Jail After Alleged Attack on Aged White Woman.

Sent from my iPhone

COURT'S
EXHIBIT

Ex # 16




From:
To:
Subject: Fwd: Freedman
Date: Friday, April 24, 2026 12:49:37 PM

Sent from my iPhone

Begin forwarded message:

Subject: Freedman

**5:21**

← **Ezra Ishmael Young**
28.2K posts

**Follow**

**Posts**    **Replies**    **Highlights**    **Videos**    **Photos**

*fundamental constitutional rights.*

💬 3        🔁 23        ♡ 104        ili 5.5K        🔖    ⬆️

**Ezra Ishmael Young** ✔ @ezrai... · 7/23/25    ...


 **Diana Williston** @girlnam... · 7/23/25
YES!!! 🙌🏼

The Supreme Court of the Muscogee
Creek Nation has ruled that Freedmen
are tribal citizens!!!

💬        🔁 1        ♡ 2        ili 228        🔖    ⬆️



COURT'S
EXHIBIT
12

Ex # ____



3:29

**Ezra Ishmael Young**
28.2K posts

Posts    **Replies**    Highlights    Videos    Photos

t⫧ **Ezra Ishmael Young reposted**



**Rebecca Nagle** @rebeccan... · 8/6/25  Ø  ···
Two weeks ago today, the Supreme Court of
Muscogee Nation affirmed the citizenship
rights of freedmen descendants. After
decades of disenfranchisement, freedmen
descendants are now eligible for tribal
citizenship. How did we get here? Here's a
little history lesson 🧵 :

💬 2          t⫧ 102          ♡ 354          ılı 13K          🔖    ⬆️

Sent from my iPhone



COURT'S EXHIBIT
Ex # 181



Sent from my iPhone



COURT'S EXHIBIT

Ex # 19

From:
To:
Subject:     Please print
Date:        Monday, April 27, 2025 2:06:44 PM
Attachments: IMG_1821.PNG



5:32                                                      ▪▫▫ 5G E 45

← **Ezra Ishmael Young**                              **Follow**
  25.7K posts

**Posts**    **Replies**    **Highlights**    **Videos**    **Photos**



💬          ⟲          ♡ 3          ᵢₗᵢ 104          🔖    ⬆

  **Judge Stephen Dillard** ✔ @J... · 5/10/25     ···
It's official! Thank you for everything
@DukeLaw and @BolchJudicial.



Duke University
School of Law
Class of 2025

Stephen Dillard
MJS
Blue Line · Dean Robinson
Row A · Seat 10



COURT'S
EXHIBIT

Ex # 20



💬 15        🔁 4        ♡ 129        ﹏ 5.5K        🔖    ⬆

**Ezra Ishmael Young** ✔ @ezrai... · 5/11/25    ···
🥳🥳🥳

💬        🔁        ♡ 1        ﹏ 55

4:05                                    ▂▃▅ 🛜 81



**Judge Stephen Dillard** ✔ · 5/30/24    ∅ ···
Sirius in Durham.





From:
To:
Subject: Photo to print
Date: Monday, April 27, 2026 12:06:49 PM
Attachments: IMG_9609.PNG
IMG_4330.PNG

11:48

November 27, 2025
4:05 PM

4:05

**Judge Stephen Dillard** ✔ · 5/30/24
Sirius in Durham.

**Ezra Ishmael Young** ✔
@ezraiyoung

2    1    32    1.3K



4:05



 **Judge Stephen Dillard** ✔ · 5/30/24    Ø ···
Sirius in Durham.





💬 2          🔁 1          ♡ 32          📊 1.3K          🔖     ⬆️

**Ezra Ishmael Young** ✅
@ezraiyoung

Looks like he might benefit from some @DukeU swag. shop.duke.edu/Duke-Dog-Mesh-...



Post your reply



Sent from my iPhone

From:
To:
Subject:     Fwd: Thurgood and brown
Date:        Friday, April 24, 2026 12:47:01 PM
Attachments:  IMG_9178.PNG

Sent from my iPhone

Begin forwarded message:

Subject: Thurgood and brown



Found this old but great photo. Might I introduce you to Thurgood as Thurgood Marshall, fresh off his win in Brown v Board. Best Halloween costume ever. (Yes, he won the contest at the dog play place.)





Post your reply

    

Sent from my iPhone



From:
To:
Subject:    Please print
Date:    Monday, April 27, 2026 12:16:47 PM
Attachments:    IMG_1203.PNG
    IMG_2671.PNG
    IMG_4455.PNG
    IMG_9178.PNG



**3:51**    .ul 🤍 77

← **Ezra Ishmael Young**
28.2K posts

**Follow**

**Posts**    **Replies**    **Highlights**    **Videos**    **Photos**

 **Ezra Ishmael Young** ✔ @ezrai... · 11/1/25  𝕏
Thurgood archives. Halloween 2018.





💬    🔁    ♡ 1    ◽ 54    🔖    ⬆️

**3:51**    ▪️ 🔋 📶 41

<      Ezra Young      🔍



**Happy Dogs at McCarren Park** is at **Happy Dogs at McCarren Park.**
Oct 31, 2018 · 🌐

Justice Thurgood Marshall hot off the heels of his Brown v. Board of Education win, keeping the Peace, Championing Education and lookin pawsitively scholarly 🤓





**Ezra Ishmael Young** ✔
@ezraiyoung

X.com

Found this old but great photo. Might I introduce you to Thurgood as Thurgood Marshall, fresh off his win in Brown v Board.

Best Halloween costume ever. (Yes, he won the contest at the dog play place.)



Post your reply

    

Sent from my iPhone

Begin forwarded message:

Subject: Fanx

COURT'S
EXHIBIT

Ex # 2.2



5:46

**August 27**
5:04 PM

Posts    Replies    Highlights    Videos    Photos

**pseudo-nigga** @faggyforthee · 7/7/25 Ø ···
he's 15, queer and his dad put him out of the
house :( like idk what to do but i want to help

**pseudo-nigga** @faggyforth... · 7/7/25
boy outside of taco bell looked sad and
he asked me for a meal i wanted to cry
😭 like ofc! you can get the whole menu :
((

💬 61        🔁 2.2K        ♡ 80K        📊 1.9M        🔖    ⬆️

**Show this thread**

**pseudo-nigga** @faggyforthee · 7/7/25 Ø ···
i should've got his number. i drove back
around to try to find him but he was gone.

I'm for sure gonna be keeping an eye out
for him

💬 1        🔁        ♡ 21        📊 2.4K        🔖    ⬆️

**Ezra Ishmael Young** 🔵 @ezraiy... · 7/9/25 ···
Good on you. Thanks for trying to help the
kid.

💬        🔁        ♡        📊 48        🔖    ⬆️

# Writ of Mandamus

## In re Cheryl Butler and Ezra Ishmael Young (5th Cir.)

- Petition for Writ of Mandamus (Dec. 2025) [pdf]

- Appendix Vol. 1 (Dec. 2025) [pdf]

- Appendix Vol. 2 (Dec. 2025) [pdf]

- Appendix Vol. 3 (Dec. 2025) [pdf]

- Opposition to Petition for Writ of Mandamus (Dec. 2025) [pdf]

- Appendix Vol. 4 (Dec. 2025) [pdf]

- Petitioners' Rule 28(j) Letter (Dec. 2025) [pdf]

- Petitioners' Request to file Rule 28(j) Reply (Jan. 2026) [pdf]

- Order granting Rule 28(j) Reply (Jan. 2026) [pdf]



COURT'S EXHIBIT
Ex # **23**

Sent from my iPhone