**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHERYL BUTLER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 3:18-CV-00037-E** |
| **v.** | § | |
| | § | |
| **JENNIFER M. COLLINS,** | § | |
| **STEVEN C. CURRAL,** | § | |
| **JULIE FORRESTER ROGERS,** | § | |
| **AND HAROLD STANLEY** | § | |

MR. EZRA YOUNG'S
NOTICE OF APPEAL

PLEASE TAKE NOTICE that Mr. Ezra Ishmael Young hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following orders: Order to Show Cause (ECF Nos. 191, 195), Order to Show Cause (ECF No. 203), Order Sealing Recusal and Show Cause Briefing (ECF No. 205), Order Vacating Pro Hac Vice Admission (ECF No. 211), Clarification Order (ECF No. 217), Order to Show Cause (ECF No. 229), Index of Admitted Exhibits (ECF No. 237), Order Designating Public Show Cause Hearing as Highly Sensitive Document (ECF No. 239).

Additionally, Mr. Young respectfully requests that if he prevails on appeal and this case is remanded, that it be reassigned to a different judge in the Northern District. For reasons that will be elevated on appeal, docketing a request for recusal of the Honorable Judge Ada Brown prior to the entry of final judgment would have been futile.

Dated: May 6, 2026

Respectfully submitted,

/s/ Ezra Young
Ezra Young (NY Bar No. 5283114)
LAW OFFICE OF EZRA YOUNG
210 North Sunset Drive
Ithaca, NY 14850
P: (949) 291-3185
ezra@ezrayoung.com

*In His Personal Capacity*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I electronically filed a copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically serve all counsel of record.

/s/ Ezra Young
Ezra Young (NY Bar No. 5283114)